■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY LEE CAMPBELL, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw is granted (see *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Steuben County Court, Purple, J. — attempted burglary, second degree.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.

■ DONNA GERSTNER et al., Plaintiffs, v CLINTON'S DITCH COOPERATIVE, INC., Appellant, and BELLS SUPERMARKET, Respondent, et al., Defendant. — Order unanimously reversed, without costs, and defendant Clinton's Ditch Cooperative, Inc.'s motion granted. Memorandum: Plaintiff was injured when she opened a 32-ounce glass bottle of Pepsi-Cola and the bottle cap flew off and struck her in the eye. Summary judgment should have been granted to defendant Clinton's Ditch Cooperative, Inc., because the evidence presented at Special Term established that it did not alter the bottle cap in any way while it was in its control, and therefore it cannot be held liable for strict products liability (*Robinson v Reed-Prentice Div. of Package Mach. Co.*, 49 NY2d 471, 479). The opposing affidavit made by counsel for defendant Bells Supermarket contained only unsubstantiated allegations which are insufficient to defeat a motion for summary judgment (*Zuckerman v City of New York*, 49 NY2d 557, 562). (Appeal from order of Supreme Court, Erie County, Marshall, J. — summary judgment.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.

■ In the Matter of KELLY SUE N., a Person Adjudged to be in Need of Supervision. — Order unanimously reversed and matter remitted to Erie County Family Court for further proceedings, in accordance with the following memorandum: Respondent appeals from an order adjudicating her a person in need of supervision. The record does not show that respondent was advised of her right to remain silent (Family Ct Act, § 741; *Matter of Martin James A.*, 60 AD2d 997). Further, the admission of the charges in the petition was not made by respondent personally (*Matter of Felix A.*, 58 AD2d 562; *Matter of Karen B.*, 44 AD2d 567). (Appeal from order of Erie County Family Court, Killeen, J. — person in need of supervision.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.